**Order entered July 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00030-CV

### IN RE TOYOTA MOTOR SALES, U.S.A., INC.
### AND TOYOTA MOTOR CORPORATION, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

## ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    ADA BROWN
        JUSTICE